March 09, 2007

Ms. Julia J. Gannaway
1320 S University Drive Suite 720
Fort Worth, TX 76107
Mr. B. Craig Deats
Deats Durst Owen & Levy, P.L.L.C.
1204 San Antonio Street, Suite 203
Austin, TX 78701

RE: Case Number: 05-1033
 Court of Appeals Number: 11-04-00157-CV
 Trial Court Number: 18,508

Style: CITY OF SWEETWATER, TEXAS
 v.
 ALLAN WADDELL, TIMOTHY CLIBURN, BILLY VILLANUEVA, MARSHALL KISER,
 ERIC REED, JARROD CAMPBELL, CHRIS SOLES, TODD DONHAM, KERRY BAKER,
 PATRICK O'NEAL, PAUL KING, JEFF SCHOENFIELD, AND THE SWEETWATER
 PROFESSIONAL FIRE FIGHTERS ASSOCIATION

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Vera Holloman |
| |Ms. Sherry |
| |Williamson |